UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 338, RWDSU,

                              Plaintiff,

    - against -

FOODTOWN/PSK SUPERMARKETS, INC.

                             Defendant.
------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record for the Local 338, RWDSU, certify that Plaintiff is a local labor union that has no corporate parents, subsidiaries, or affiliates.


Dated: New York, New York
       April 6, 2007

By: /s/
_____
Anusha Rasalingam (AR-1732)

FRIEDMAN & WOLF
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500

Attorneys for Plaintiff