Heather R. Boshak (HRB/9736)
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
Fax: (212) 692-0940
E-mail: *hboshak@foxrothschild.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 338, RWDSU | CASE NO. 07-cv-2870 ( LBS) |
| Plaintiff, | **RULE 7.1 DISCLOSURE STATEMENT** |
| -vs- | **Electronically Filed Document** |
| FOODTOWN/PSK SUPERMARKETS, INC. | |
| Defendant, | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

defendant PSK Supermarkets, Inc. (incorrectly plead as "Foodtown/PSK Supermarkets, Inc."), a

non-governmental corporate party, certifies that said party has no parent companies and that no

publicly held corporation owns 10% or more of its stock.

> FOX ROTHSCHILD LLP
> Attorneys for Defendant
> PSK Supermarkets, Inc.
>
>
> By:___s/Heather R. Boshak_____
> Heather R. Boshak (HRB/9736)

Dated: April 27, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2007, the foregoing document was filed with the Clerk

of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the

Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon

the following parties and participants:

Elise S. Feldman
Friedman & Wolf
1500 Broadway
New York, NY 10036
(Via ECF and prepaid U.S. Mail)


Dated: April 27, 2007                              _____s/Heather R. Boshak_____
                                                    Heather R. Boshak

RL1 577956v1