Heather R. Boshak (HRB/9736)
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
Fax: (212) 692-0940
E-mail: *hboshak@foxrothschild.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 338, RWDSU | CASE NO. 07-cv-2870 ( LBS) |
| Plaintiff, | **ANSWER OF DEFENDANT PSK SUPERMARKETS, INC.** |
| -vs- | **Electronically Filed Document** |
| FOODTOWN/PSK SUPERMARKETS, INC. | |
| Defendant, | |

Defendant PSK Supermarkets, Inc. (incorrectly plead as "Foodtown/PSK Supermarkets, Inc.") (hereinafter "Defendant"), by and through its counsel Fox Rothschild LLP, states in answer to the Complaint as follows:

## AS TO JURISDICTION

1.      Defendant states that paragraph 1 of the Complaint cannot be averred or denied at this time because it is a conclusion of law subject to the determination by this Court.

## AS TO VENUE

2.      Defendant states that paragraph 2 of the Complaint cannot be averred or denied at this time because it is a conclusion of law subject to the determination by this Court.

## AS TO THE PARTIES

3.      Defendant denies for want of knowledge the allegations in paragraph 3 of the Complaint.

4.      Defendant admits the allegations of paragraph 4 of the Complaint.

## AS TO THE FACTUAL ALLEGATIONS

5.      Defendant denies the allegations of paragraph 5 of the Complaint except to admit that it has been a party to a series of collective bargaining agreements with Plaintiff, the most recent of which commenced August 8, 2002.

6.      Defendant avers that the document referred to in paragraph 6 of the Complaint speaks for itself.

7.      Defendant avers that the document referred to in paragraph 7 of the Complaint speaks for itself.

8.      Defendant avers that the document referred to in paragraph 8 of the Complaint speaks for itself.

9.      Defendant admits the allegations of paragraph 9 of the Complaint.

10.     Defendant admits the allegations of paragraph 10 of the Complaint.

11.     Defendant admits the allegations of paragraph 11 of the Complaint.

12.     Defendant avers that the document referred to in paragraph 12 of the Complaint speaks for itself.

13.     Defendant avers that the document referred to in paragraph 13 of the Complaint speaks for itself.

14.     Defendant avers that the document referred to in paragraph 14 of the Complaint speaks for itself.

RLI 577664v2

15.    Defendant denies the allegations of paragraph 15 of the Complaint.

16.    Defendant denies the allegations of paragraph 16 of the Complaint.

17.    Defendant denies the allegations of paragraph 17 of the Complaint.

18.    Defendant denies the allegations in paragraph 18 of the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSES

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, are a result of the actions, inactions and/or omissions of Plaintiff or its agents.

## THIRD AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which an award of attorney's fees can be granted.

## FOURTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff claims are barred by the doctrines of laches and estoppel.

## ADDITIONAL DEFENSES RESERVED

Defendant specifically reserves the right to amend, modify and supplement these Affirmative Defenses as discovery is completed in this action.

RLI 577664v2

WHEREFORE, Defendant PSK Supermarkets, Inc. requests judgment dismissing the

Complaint against it with prejudice, together with its attorneys' fees and costs of suit, and for any

other relief deemed appropriate and equitable by this Court.

Respectfully submitted,

FOX ROTHSCHILD LLP
Attorneys for Defendant PSK Supermarkets, Inc.


By:___s/Heather R. Boshak_____
          Heather R.  Boshak (HRB/9736)

Dated: April 27, 2007

RL1 577664v2

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, the foregoing document was filed with the Clerk

of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the

Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon

the following parties and participants:

Elise S. Feldman
Friedman & Wolf
1500 Broadway
New York, NY 10036
(Via ECF and prepaid U.S. Mail)


Dated: April 27, 2007                          _____s/Heather R. Boshak_____
                                               Heather R. Boshak (HRB/9736)

RL1 577664v2