SANDS,

Jul-19-07  04:18pm  From-Fox Rothschild        19738929125        T-153  P.003/004  F-484

Heather R. Boshak (HRB/9736)
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
Attorneys for Defendant PSK Supermarkets, Inc.
75 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973)992-4800
Facsimile: (973)992-9125
E-mail: hboshak@foxrothschild.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 338, RWDSU, <br><br> Plaintiff, <br><br> vs. <br><br> FOODTOWN/PSK SUPERMARKETS, INC., <br><br> Defendant. | Civil Action No. 07-cv-2870 (LBS) <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby stipulated and agreed, by and between the parties to this matter that the instant action, shall be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

RL1 583728v1

For the Plaintiff

By: _____
Anusha Rasalingam (AR/1732)
FRIEDMAN & WOLF
Attorneys for Plaintiff
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500

Dated: July __, 2007

For the Defendant

By: _____
Heather R. Boshak (HRB/9736)
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
Attorneys for Defendant
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 992-4800

Dated: July 19, 2007

IT IS SO ORDERED:

_____
Hon. Leonard B. Sand, U.S.D.J.
7/23/07

RL1 583728v1

-2-